Jeremy Sugerman, State Bar No. 146315
Geoffrey Gordon-Creed, State Bar No. 136188
Dena M. Roche, State Bar No. 191124
**GORDON-CREED, KELLEY,
HOLL & SUGERMAN, LLP**
222 Kearny Street, Suite 650
San Francisco, CA 94108
Telephone: (415) 421-3100
Facsimile: (415) 421-3150

Attorneys for Plaintiff
HISPANIC DISTRIBUTION, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HISPANIC DISTRIBUTION, LLC, a Delaware Limited Liability Company,<br><br>                    Plaintiff,<br>     vs.<br><br>YOLANDA BARRA, HENRY GARZA, VICTOR DE LA CRUZ, LEONEL JACOBO, individuals.<br><br>                    Defendants. | Case No. 2:05-CV-02639-WBS-KJM<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER REGARDING CLOSE OF DISCOVERY** |

WHEREAS, in the Court's March 24, 2006 Status and Scheduling order it ordered that discovery in this matter be completed by November 15, 2006; and

WHEREAS, the parties wish to extend the date in which to complete discovery by 30 days, up to and including December 15, 2006;

IT IS HEREBY STIPULATED by and between the parties and through their respective attorneys, that the date in which the parties must complete discovery in this matter shall be continued from November 15, 2006 to December 15, 2006.  Similarly, all motions to compel discovery must be

_____
Page 1
STIPULATION AND ORDER TO MODIFY PRETRIAL ORDER REGARDING CLOSE OF DISCOVERY

PDF created with pdfFactory trial version www.pdffactory.com

heard, and resulting order obeyed, not later than December 15, 2006.

IT IS SO STIPULATED.

Dated: October 25, 2006   GORDON-CREED, KELLEY,
HOLL & SUGERMAN LLP

By:   /S/ *Jeremy Sugerman*
Jeremy Sugerman
Attorneys for HISPANIC DISTRIBUTION, LLC
A Delaware Limited Liability Company

LAW OFFICE OF MARYELLEN LAUMBACH

Dated: October 31, 2006   /S/ *Maryellen Laumbach*
Maryellen Laumbach
Attorney for YOLANDA BARBA, HENRY GARZA and VICTOR DE LA CRUZ

**ORDER**

IT IS SO ORDERED.

Dated:  November 1, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---
Page 2
STIPULATION AND ORDER TO MODIFY PRETRIAL ORDER REGARDING CLOSE OF DISCOVERY

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com