Jeremy Sugerman, State Bar No. 146315
Geoffrey Gordon-Creed, State Bar No. 136188
Dena M. Roche, State Bar No. 191124
**GORDON-CREED, KELLEY,**
**HOLL & SUGERMAN, LLP**
222 Kearny Street, Suite 650
San Francisco, CA 94108
Telephone:  (415) 421-3100
Facsimile:  (415) 421-3150

Attorneys for Plaintiff
HISPANIC DISTRIBUTION, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HISPANIC DISTRIBUTION, LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br> vs. <br><br> YOLANDA BARRA, HENRY GARZA, VICTOR DE LA CRUZ, LEONEL JACOBO, individuals. <br><br> Defendants. | Case No.  2:05-CV-02639-WBS-KJM <br><br> **CONSENT DECREE** |

WHEREAS  Hispanic Distribution, LLC ("HDL" or "plaintiff") filed a complaint against YOLANDA BARRA, HENRY GARZA, VICTOR DE LA CRUZ, and LEONEL JACOBO, (collectively "the Defendants") in the matter of *Hispanic Distribution, LLC v. Yolanda Barba, Henry Garza, Victor De La Cruz, and Leonel Jacobo,* Case No. 2:05-CV-02639-WBS-KJM in the U.S. District Court for the Eastern District of California, asserting claims Fraud; Defamation; Trade Libel;  Unfair Competition (Cal. B&P § 17200);  Intentional Interference with Contract;  Tortious Interference With Prospective Economic Advantage; Conversion;  Misappropriation of Trade Secrets; and Breach Of Oral Contract, and seeking

PDF created with pdfFactory trial version www.pdffactory.com

temporary and permanent injunctive relief, money damages, attorney's fees, interest, and costs from the Defendants; and

**WHEREAS** plaintiff and defendants Barba, Garza, and De La Cruz, (collectively, "the Settling Parties") have agreed upon a settlement of these claims, pursuant to which Defendants undertake and refrain from certain conduct and will make certain payments, as set forth in the agreement between the Settling Parties entitled "Settlement Agreement and Mutual Release" dated January __ 2006;

**WHEREAS** the Settling Parties agree that the settlement of these claims is made in good faith and in an effort to avoid expensive and protracted litigation, but without any admission or finding of liability or fault as to any party;

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED as follows:**

### I. JURISDICTION

A.  The Court has jurisdiction over the subject matter of and the parties to this Consent Decree pursuant to pursuant to 28 U.S.C. § 1332.

B.  The Settling Parties do not contest and agree not to contest the Court's jurisdiction to enter into and enforce this Consent Decree.

### II. BINDING EFFECT

A.  Yolanda Barba certifies that she is fully authorized to enter into the terms and conditions of this Decree and that she is competent to execute this document and legally bind herself to the provisions of this Decree.

B.  Henry Garza certifies that he is fully authorized to enter into the terms and conditions of this Decree and that he is competent to execute this document and legally bind himself to the provisions of this Decree.

C.  Victor De La Cruz certifies that he is fully authorized to enter into the terms and conditions of this Decree and that he is competent to execute this document and legally bind himself to the provisions of this Decree.

PDF created with pdfFactory trial version www.pdffactory.com

     D.     Peter Golomb, the managing member of Hispanic Distribution, LLC, certifies that he is fully authorized to enter into the terms and conditions of this Decree on behalf of HDL, and that HDL has not assigned, transferred or purported to assign or transfer to any person or entity any claim or other matter which is the subject of this Decree.

### III.  PERSONAL DECLARATIONS

     A.     Plaintiff attests and declares that it is the sole owner of all trade secrets at issue in this action, including customer lists, employee contact information, and sales information created before January 16, 2005;

     B.     The Settling Defendants do not contest that plaintiff is the sole owner of all such trade secrets;

### IV.  TERMS OF THE SETTLEMENT

Pursuant to the agreement of the parties, the terms of this settlement and release are set forth in the documents entitled "Settlement Agreement and Mutual Release" dated January __, 2006.  The settlement documents are confidential, and shall not be filed with the Court in conjunction with this Consent Decree.

### V. PERMANENT INJUNCTION

The Settling Parties have stipulated to the entry of a permanent injunction, as follows:

Defendants Yolanda Barba, Henry Garza, and Victor De La Cruz, and all those acting in active concert or participation with any of them who receive actual notice of this order, as well as their employees, agents, and representatives, are hereby permanently enjoined and restrained from selling, marketing, or distributing, directly or indirectly, any prepaid telephone calling cards to customers in California in conjunction with the use of any trade secret information at issue in this action, including customer lists, employee contact information, and sales information belonging to HDL;

The parties recognize that defendant Victor De La Cruz continues to act as a salesman of prepaid calling cards, and that he continues to sell such cards to certain retailers who were his customers before he worked for Hispanic Communications, Inc. and/or HDL.  This Decree

PDF created with pdfFactory trial version www.pdffactory.com

shall not impede Mr. De La Cruz from continuing to sell prepaid calling cards to those specific retail customers, so long as he does not utilize Plaintiffs' trade secret information to do so.

## VI.  MODIFICATION

There shall be no modification of this Consent Decree without written approval of all parties hereto.

## VII.  EFFECTIVE DATE

This Consent Decree is effective upon the date of its entry by the Court.

## VIII.  DISMISSAL AND CONTINUING JURISDICTION

Upon entry of this Consent Decree by the Court, all claims against the settling parties in *Hispanic Distribution, LLC v. Yolanda Barba, Henry Garza, Victor De La Cruz, and Leonel Jacobo,* Case No. 2:05-CV-02639-WBS-KJM shall be dismissed with prejudice.  All claims against Leonel Jacobo, who was never served with the summons and complaint, shall be dismissed without prejudice.

The Court specifically retains jurisdiction over both the subject matter of, and the parties to, this action for the duration of this Consent Decree for the purpose of issuing such further orders or directions as may be necessary or appropriate to construe, implement, modify, enforce, terminate, or reinstate the terms of this Consent Decree, including but not limited to attorneys' fees, costs and litigation expenses incurred in enforcing this Decree, or for any further relief as the interests of justice may require.

## IX.  TERMINATION AND SATISFACTION

The Court's jurisdiction over this matter shall terminate upon completion of all of the acts and duties set forth in the "Settlement Agreement and Mutual Release" dated January __, 2006, unless any party hereto shows good cause for the continuance of this Consent Decree.

PDF created with pdfFactory trial version www.pdffactory.com

## X. COUNTERPARTS:  EXECUTION OF CONSENT DECREE

This Consent Decree may be executed in counterparts, all of which together shall constitute but one original document.

The undersigned hereby consent to the foregoing Consent Decree.

Dated: February 23, 2007           GORDON-CREED, KELLEY, HOLL & SUGERMAN LLP

By:     /s/ *Jeremy Sugerman*
Jeremy Sugerman
Attorneys for HISPANIC DISTRIBUTION, LLC
A Delaware Limited Liability Company

LAW OFFICE OF MARYELLEN LAUMBACH

Dated: January 13, 2007            /s/ *Maryellen Laumbach*
Maryellen Laumbach
Attorney for YOLANDA BARBA, HENRY GARZA and   VICTOR DE LA CRUZ

Dated: February 21, 2007           /s/ *Peter Golomb*
Peter Golomb
Managing Member, Hispanic Distribution, LLC

Dated: January 13, 2007            /s/ *Yolanda Barba*
Yolanda Barba

Dated: January 13, 2007            /s/ *Henry Garza*
Henry Garza

Dated: February 14, 2007           /s/ *Victor De La Cruz*
Victor De La Cruz

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

**IT IS SO ORDERED.**

**DATE:   February 27, 2007**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com